[No. 8798–7–II. Division Two. October 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES DUNN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–02267–5, Robert H. Peterson, J., entered May 6, 1985. *Dismissed* by unpublished opinion per Petrie,

J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.